**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Gerardo Barrientos v. The State of Texas

Appellate case number:    01-18-00626-CR

Trial court case number:   1548730

Trial court:               248th District Court of Harris County

Appellant has filed a pro se motion requesting a copy of the appellate record and an extension of 30 days to file a response to his counsel's *Anders* brief. On December 10, 2019, we issued an order directing the trial court clerk to provide a complete copy of the appellate record to appellant, and to certify to this Court within 15 days the date upon which delivery of the record to appellant was made. We have not received the certification from the trial court clerk. We **grant** appellant's motion.

We **order** the trial court clerk to immediately provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to appellant. We further **order** the trial court clerk to certify to this Court, within 5 days of the date of this order, the date upon which delivery of the record to appellant is made.

We note that appellant's current address is:

Gerardo Barrientos (TDCJ #: 02199209)
Texas Department of Criminal Justice, Lewis Unit
777 F.M. 3497
Woodville, Texas 75990

Appellant's response to his appointed counsel's brief shall be filed **no later than February 14, 2020**. If appellant needs additional time to respond, the Court will consider a motion to extend time filed on or before February 14, 2020. *See* TEX. R. APP. P. 10.1(a), 10.5(b).

It is so ORDERED.


Judge's signature:    /s/  Julie Countiss
                      ☑ Acting individually     ☐ Acting for the Court


Date:   January 9, 2020_____